IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:17-CR-086 |
| -vs- | : | MICHAEL J. NEWMAN<br>United States Magistrate Judge |
| ANTHONY MENO, | : | |
| Defendant. | : | GOVERNMENT'S MOTION<br>FOR DISMISSAL WITHOUT<br>PREJUDICE |

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case, without prejudice. This dismissal will permit the withdrawal of the detainer, allowing the Defendant to participate in treatment opportunities.

Respectfully submitted,

-S-julienne mccammon 1 Nov 17
JULIENNE MCCAMMON (MD 9103050001)
Special Assistant U.S. Attorney
88 ABW/JA
5135 Pearson Road
WPAFB, OH 45433-5321
(937) 904-2169

*Approved, MN 11/1/17*

CERTIFICATE OF SERVICE

I certify that a copy of the above Motion to Dismiss was electronically filed on the 1st of November 2017 and any Defense Counsel of Record will be notified of this Motion through CM/ECF.

-s-julienne mccammon – 1 Nov 2017